IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:14-cv-00051 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN | ) | By: Hon. Jackson L. Kiser |
| Commissioner of | ) | Senior United States District Judge |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Before me is the United States Magistrate Judge's Report and Recommendation, recommending that I enter an Order granting Plaintiff's Motion for Summary Judgment [ECF No. 20], denying Defendant Commissioner's Motion for Summary Judgment [ECF No. 25], reversing the Commissioner's final decision, and remanding the case for further administrative proceedings. (R. & R., Dec. 23, 2015 [ECF No. 27].) This Report was filed on December 23, 2015, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the Report and Recommendation shall be and, hereby, is **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment is **GRANTED**, Defendant's Motion for Summary Judgment is **DENIED**, the Commissioner's final decision is **REVERSED**, and this case is hereby **REMANDED** for further administrative proceedings consistent with the Report and Recommendation. See 42 U.S.C. § 405(g) (2014) (sentence four). The clerk is directed to dismiss this case from the active docket of this Court.

The clerk is further directed to send a copy of this Order to all counsel of record and to the Honorable Joel C. Hoppe, United States Magistrate Judge.

ENTERED this 5th day of February, 2016.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE